UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| KATRINA ROBERSON, *Plaintiff*, v. CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY, *a/k/a* Erlanger Health System, and *d/b/a* Erlanger Medical Center, *Defendant*. | Case No. 1:13-cv-182 Judge Mattice |

## ORDER

Before the Court is "Plaintiff's Request for Motion to Dismiss." (Doc. 16). Plaintiff, who is proceeding *pro se*, requests that the Court dismiss her case without prejudice because she currently has "inappropriate evidence" to prove her case. (*Id.*). Defendant has filed no response to Plaintiff's Motion, nor has it otherwise indicated an objection to dismissal of this action without prejudice.

Pursuant to Fed. R. Civ. P. 41(a)(2), the Court hereby **GRANTS** Plaintiff's Motion. (Doc. 16). This action is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 16th day of June, 2014.

                                            */s/ Harry S. Mattice, Jr.*
                                            HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE